# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-02374-PA-MBK | Date | June 11, 2026 |
| Title | David Flores Avalos v. J. Johnson, et al. | | |

Present: Hon. Michael B. Kaufman, U.S. Magistrate Judge

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Petitioner: | Attorneys for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings:** **ORDER REQUIRING RESPONDENTS TO SUPPLEMENT THEIR ANSWER (Dkt. 11)**

In this habeas action, Petitioner argues that, *inter alia*, his detention without sufficient pre-deprivation process violates due process. Dkt. 1 at 12-14; Dkt. 21 at 7-17. Petitioner seeks an order requiring his release and preventing his re-detention absent a pre-deprivation hearing at which the Government must show his detention is necessary by "clear and convincing" evidence. Respondents argue that Petitioner's detention is authorized under 8 U.S.C. § 1226(a) and that he received adequate process in the form of a bond hearing. Dkt. 11 at 2-3. However, it is unclear whether the bond hearing complied with *Rodriguez v. Holder*, No. 2:07-cv-03239-TJH-RNB and applied the "clear and convincing" standard. Respondents attached the Immigration Judge's bond decision, which denies bond due to "danger/flight," (Dkt. 11-1), but it does not state what standard was applied and includes no reasoning. The bond order also indicates that the hearing was conducted pursuant to "8 C.F.R. § 1236," under which the noncitizen bears the burden to demonstrate that they should be released.

Given these ambiguities, Respondents are ordered to file a transcript of Petitioner's bond hearing on or before **June 18, 2026**. If no transcript has yet been prepared, Respondents may lodge with the Court a copy of the digital audio recording of the hearing. Respondents may either email the digital audio recording to chambers at MBK_Chambers@cacd.uscourts.gov, and copy Petitioner's Counsel, or may submit the digital audio recording on a flash drive to the civil intake desk.

**IT IS SO ORDERED.**