**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DAVID FLORES AVALOS,
Petitioner,
v.
J. JOHNSON, et al.,
Respondents.

Case No. 5:26-cv-02374-PA-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No party objected to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

Dated: October 9, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE